IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

AMARILLO DIVISION

| | | |
|---|---|---|
| LUKE DONOGHUE and RUTH DONOGHUE, | § § § | |
| PLAINTIFFS, | § | |
| vs. | § § | CIVIL ACTION CAUSE NUMBER |
| CITY OF FRITCH, TEXAS, *et al.*, | § § | 2:13-CV-196-J |
| DEFENDANTS. | § § | |

## ORDER

Before the Court is the motion, filed May 12, 2014, seeking leave for Jason C. Webster and Heidi O. Vicknair to withdraw as counsel in the above-referenced matter. No response to this motion has been filed, and the time to do so has passed.

For the record, this case is not set for trial on July 7, 2014, or on any other date.

Pending in this case are Defendants' motions to dismiss and for summary judgment. No response to those motions have been filed by Plaintiffs. Plaintiffs' counsel are to promptly inform the Court if responses to those motions are going to be filed and, if so, by which counsel for Plaintiffs: Jason C. Webster, Heidi O. Vicknair, or Michael Warner.

It is SO ORDERED.

Signed this the ___18th___ day of June, 2014.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE