UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| LUKE DONOGHUE and | § | |
| RUTH DONOGHUE | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Case No. 2:13-cv-00196-J |
| | § | |
| THE CITY OF FRITCH, TEXAS, | § | |
| RICKEY WARD, CHRISTY WARD, | § | |
| JOHN WOOLSEY, MELINDA GREEN, | § | |
| SAMUEL WAGNER, CATHY WAGNER, | § | |
| WILEY KLETE WAGNER, | § | |
| NANCY WAGNER AND | § | |
| JOHN DOES 1 AND 2 | § | |
| | § | |
| Defendants. | § | |

## DEFENDANTS', THE CITY OF FRITCH, TEXAS AND JOHN DOES 1 AND 2, RULE 26(a)(3) DISCLOSURES

COME NOW Defendants, THE CITY OF FRITCH, TEXAS and JOHN DOES 1 AND 2

and serve their Rule 26(a)(3) disclosures:

Respectfully submitted,

SPROUSE SHRADER SMITH P.L.L.C.
Lee Ann Reno, Texas SBN 00791509
leeann.reno@sprouselaw.com
Alex Yarbrough, Texas SBN 24079615
alex.yarbrough@sprouselaw.com
701 S. Taylor, Suite 500
P. O. Box 15008
Amarillo, Texas  79105-5008
Telephone:  (806) 468-3300
Facsimile:  (806) 373-3454

/s/ Lee Ann Reno
Lee Ann Reno
**ATTORNEYS FOR DEFENDANTS
CITY OF FRITCH, TEXAS AND
JOHN DOES 1 AND 2**

---

**A.     The following are witnesses that the Defendants expect to call live:**

**1.     Parties**

Luke Donoghue
c/o THE WARNER LAW FIRM
Michael A. Warner
101 S.E. 11th, Suite 301
Amarillo, Texas  79101
*Plaintiff*

Ruth Donoghue
C/O THE WARNER LAW FIRM
Michael A. Warner
101 S.E. 11th, Suite 301
Amarillo, Texas  79101
*Plaintiff*

Rickey Ward
c/o Harley Caudle
CAUDLE & SCHMIDT
1017 W. 10th
Amarillo, TX 79101
*Defendant*

Christy Ward
c/o Harley Caudle
CAUDLE & SCHMIDT
1017 W. 10th
Amarillo, TX 79101
*Defendant*

John Woolsey
125 Buffalo Trail
Fritch, TX 79036
*Defendant*

Melinda Green
125 Buffalo Trail
Fritch, TX 79036
*Defendant*

Samuel Wagner
400 S. Robey
Fritch, TX 79036
*Defendant*

Cathy Wagner
400 S. Robey
Fritch, TX 79036
*Defendant*

Wiley Klete Wagner
202 N. Ridgeland
Fritch, TX 79036
*Defendant*

Nancy Wagner
202 N. Ridgeland
Fritch, TX 79036
*Defendant*

**2.      Experts**

Mark D. White
Sprouse Shrader Smith PLLC
P. O. Box 15008
Amarillo, TX  79105-5008
(806) 468-3300
*Mr. White is a non-retained witness who will testify as to the reasonableness and necessity of attorneys' fees.*

Lee Ann Reno
Sprouse Shrader Smith PLLC
P. O. Box 15008
Amarillo, TX  79105-5008
(806) 468-3300
*Ms. Reno is a non-retained witness who will testify as to the reasonableness and necessity of attorneys' fees.*

**3.      Fact Witnesses**

Chief Monte Leggett
Fritch Police Department
104 N. Robey
Fritch, TX 79036
*Fritch Police Department Police Chief.*

David Hagler
Hutchinson County Juvenile Department
1400 Veta, Suite 200
Borger, TX 79007
*Knowledge of the events that occurred on December 19 and 21 including the alleged crime and prosecution of the alleged crime.*

Officer Kent Griffith
*Former Fritch Police Department officer involved with Plaintiffs' claim.*

Officer Jeffrey Schiller
*Former Fritch Police Department officer involved with Plaintiffs claim.*

**B.     The following are witnesses that Defendants may call *if the need arises:***

April Jones
Hutchinson County Juvenile Department
1400 Veta, Suite 200
Borger, TX 79007
*Knowledge of the events that occurred on December 19 and 21 including the alleged crime and prosecution of the alleged crime.*

Kirk Coker
Hutchinson County Sheriff's Office
P.O. Box 1426
Borger, TX 79008
*Previously worked for City of Fritch's police department.*

Jeremy Sharp
Hutchinson County Juvenile Department
1400 Veta, Suite 200
Borger, TX 79007
*Knowledge of the events that occurred on December 19 and 21 including the alleged crime and prosecution of the alleged crime.*

Jennifer Hogue
Hutchinson County Juvenile Department
1400 Veta, Suite 200
Borger, TX 79007
*Knowledge of the events that occurred on December 19 and 21 including the alleged crime and prosecution of the alleged crime.*

John Howeth
Hutchinson County Juvenile Department
1400 Veta, Suite 200
Borger, TX 79007
*Knowledge of the events that occurred on December 19 and 21 including the alleged crime and prosecution of the alleged crime.*

Cyndy Fennell
Hutchinson County Juvenile Department
1400 Veta, Suite 200
Borger, TX 79007
*Knowledge of the events that occurred on December 19 and 21 including the alleged crime and prosecution of the alleged crime.*

Officer Juan Gonzales
Fritch Police Department
104 N. Robey
Fritch, TX 79036
*Fritch Police Department officer.*

Officer David A. Gayhardt
Fritch Police Department
104 N. Robey
Fritch, TX 79036
*Fritch Police Department officer.*

Officer Matthew S. McKinney
Fritch Police Department
104 N. Robey
Fritch, TX 79036
*Fritch Police Department officer.*

Officer Rodney J. Wheless
Fritch Police Department
104 N. Robey
Fritch, TX 79036
*Fritch Police Department officer.*

Officer Russell G. Radney
Fritch Police Department
104 N. Robey
Fritch, TX 79036
*Fritch Police Department officer.*

Officer Victor H. Vargas
Fritch Police Department
104 N. Robey
Fritch, TX 79036
*Fritch Police Department officer.*

Officer Timothy C. Chow
Fritch Police Department
104 N. Robey
Fritch, TX 79036
*Fritch Police Department officer.*

The various juveniles who were allegedly involved in the actions made the basis of Plaintiffs' claims.

By incorporation, Defendants further name all persons and entities identified by any party in any response to any discovery request or disclosure, or other document produced in this matter.

By incorporation, Defendants further name all persons having knowledge of relevant facts named in any and all depositions taken in connection with this lawsuit or in documents produced in discovery by any party, if not individually identified above.

As to any witness for whom an address or telephone number is not listed or contained in documents produced in discovery by any party, Defendants are currently unaware of that witness's address or telephone number. Defendants reserve the right to supplement this information once it is obtained.

The Defendants reserve the right to designate as "will-call" or "may-call" any witness identified by the Plaintiffs in their Rule 26(a)(3) disclosures. The Defendants further reserve the right to introduce additional witnesses for impeachment or rebuttal purposes.

**C.     Attached below and incorporated herein is a list of documents Defendants expect to offer at trial.**

1.   Fritch Police Department Records:

---

    a.   Property Reports and Narrative Report written by Officer J. Gonzales;
    b.   Incident Supplement Page;
    c.   Supplemental Property Report;
    d.   Supplemental Names Report;
    e.   Incident Supplement Pages written by Officer Kent Griffith;

2.  Juvenile Probation Office Documents:
    a.   Documents provided by Plaintiff Ruth Donoghue, including a photograph of Donoghue residence;
    b.   Estimate to replace damaged window written by Woody's Glass;
    c.   Ruth Donoghue's damage estimate;
    d.   Photographs of sample drawings created by Luke Donoghue; and
    e.   Ruth Donoghue's estimate of money stolen from coin jar including a photograph of the jar.

3.  TCOLE Training Records:
    a.   TCOLE Training Records for David A. Gayhardt;
    b.   TCOLE Training Records for Jeffrey L. Schiller;
    c.   TCOLE Training Records for Juan M. Gonzales;
    d.   TCOLE Training Records for Kent F. Griffith;
    e.   TCOLE Training Records for Kirk A. Coker;
    f.   TCOLE Training Records for Matthew S. McKinney;
    g.   TCOLE Training Records for Rodney J. Wheless;
    h.   TCOLE Training Records for Russell G. Radney;
    i.   TCOLE Training Records for Timothy C. Chow;
    j.   TCOLE Training Records for Victor H. Vargas; and
    k.   TCOLE Training Records for Monte Leggett.

The Defendants reserve the right to introduce additional exhibits for impeachment or rebuttal purposes, or to introduce exhibits listed by Plaintiffs.

The Defendants reserve the right to use demonstrative exhibits or summaries of evidence at trial.

The documents identified above were either used in the deposition of Monte Leggett, attached to Defendants' Motion and Brief for Summary Judgment, or created by Plaintiffs. To the extent any document is not readily identifiable by Plaintiffs, Defendant will immediately, upon request, provide an additional copy to Plaintiffs.

## CERTIFICATE OF SERVICE

I hereby certify that on **June 23, 2014**, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  The electronic case filing system will send a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

ATTORNEYS FOR PLAINTIFFS:
Jason C. Webster
Heidi O. Vicnair
THE WEBSTER LAW FIRM
6200 Savoy, Suite 515
Houston, Texas  77036

Michael A Warner
THE WARNER FIRM
101 S.E. 11th, Suite 301
Amarillo, Texas  79101

ATTORNEYS FOR RICKEY WARD AND CHRISTY WARD:
Harley Caudle
CAUDLE & SCHMIDT
1017 W 10th Street
Amarillo, Texas 79101

PRO SE:
Samuel Wagner          *via CMRRR*
P.O. Box 1863
400 S. Robey
Fritch, Texas 79036

/s/ Lee Ann Reno
Lee Ann Reno

8801.158
790268_1.docx